CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for
QLL

JUL 0 2 2007

JOHN F. CORCORAN, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLAUDE LINDEN ROSE, | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00471 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JACK LEE, SUPERINTENDENT | ) | |
| MIDDLE RIVER REGIONAL JAIL, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |
| | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's Motion to Dismiss shall be and hereby is **GRANTED** and Rose's Petition for writ

of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**. This case shall

be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying

Memorandum Opinion to Petitioner and counsel of record for the Respondent, if known.

ENTER: This 2nd day of July, 2007.

Senior United States District Judge